Sean P. Nalty CA Bar No. 121253
sean.nalty@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Embarcadero Center Suite 900
San Francisco, CA  94111
Telephone:  415.442.4810
Facsimile:   415.442.4870

Attorneys for Plaintiff
UNUM LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH MAHARAJ; and BISSUN PRASAD and ALLEN BOAZ in their capacities as Administrators of the Estate of PRANEEL PRASAD,<br><br>Defendant. | Case No. 2:24-cv-00026-SVW-PD<br><br>**STIPULATION FOR JUDGMENT**<br><br>Complaint Filed: January 2, 2024<br>Judge:           Hon. Stephen V. Wilson |

Case No. 2:24-CV-00026-SVW-PD

STIPULATION FOR JUDGMENT

IT IS HEREBY STIPULATED by and between Plaintiff, Unum Life Insurance Company of America ("Unum") and Defendants Bissun Prasad and Allen Boaz in their capacities as Administrators of the Estate of Praneel Prasad (collectively, "Defendants"), that judgment shall be entered in favor of Defendants, jointly and severally, as follows:

    A.    Unum shall pay the Defendants $407,438.76, which represents the death benefits due under the Group Policy ($418,000.00), minus attorney's fees ($10,000.00) and costs ($561.24); and

    B.    Unum may retain $10,561.24 of the death benefits in order to recover its reasonable attorney's fees and costs which it incurred due the necessity of: amending the complaint to name Defendants in their administrative capacities for the Estate of Praneel Prasad (the "Estate"); obtain an Ex Parte Application for Alternative Service to serve Elijah Maharaj at the Los Padrinos Juvenile Hall; prepare a motion for entry of default; and attend multiple hearings to advise this Court as to the status of the Estate; and

    C.    Defendants are permanently enjoined from prosecuting any action or proceeding in any State or United States court against Unum, for the recovery of the death benefits, or any portion thereof; and

    D.    Unum shall have no further liability beyond $407,438.76 and without further Order of this Court, Unum shall be dismissed with prejudice from this case.

**IT IS SO STIPULATED**.

DATED: October 21, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Sean P. Nalty
Sean P. Nalty
Attorney for Plaintiff
Unum Life Insurance Company of America

DATED: October 21, 2024        CANNON LEGAL FIRM

By: /s/ Dana M. Cannon
　　　Dana M. Cannon
　　　Attorney for Defendants

**ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I attest under penalty of perjury that all other signatories to this filing concur in the filing's content and have authorized the filing.

DATED: October 21, 2024        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Sean P. Nalty
　　　Sean P. Nalty

Attorneys for Defendant
Unum Life Insurance Company of America