# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH MAHARAJ; and BISSUN PRASSAD and ALLEN BOAZ in their capacities as Administrators of the Estate of PRANEEL PRASAD<br><br>Defendants. | Case No. 2:24-cv-00026-SVW-PD<br><br>**ORDER GRANTING STIPULATION FOR JUDGMENT**<br><br>Complaint Filed: January 2, 2024<br>Judge: Hon. Stephen V. Wilson |

## ORDER

Plaintiff Unum Life Insurance Company ("Unum") and Defendants, Bissun Prasad and Allen Boaz, in their capacities as Administrators of the Estate of Praneel Prasad (collectively, "Defendants") have shown that judgment shall be entered in favor of Defendants, jointly and severally, as follows:

///

///

///

A. Unum shall pay the Defendants $407,438.76, which represents the death benefits due under the Group Policy ($418,000.00), minus attorney's fees ($10,000.00) and costs ($561.24); and

B. Unum may retain $10,561.24 of the death benefits in order to recover its reasonable attorney's fees and costs which it incurred due the necessity of; amending the Complaint to name Defendants in their administrative capacities for the Estate of Praneel Prasad; obtain an Ex Parte Application for Alternative Service to serve Elijah Maharaj at the Los Padrinos Juvenile Hall; prepare a Motion for Entry of Default; and attend multiple hearings to advise this Court as to the status of the Estate; and

C. Defendants are permanently enjoined from prosecuting any action or proceeding in any State or United States court against Unum, for the recovery of the death benefits, or any portion thereof; and

D. Unum shall have no further liability beyond $407,438.76 and without further Order of this Court, Unum shall be dismissed with prejudice from this case.

Dated: October 31, 2024

_____
Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE